Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARIA MARCHETTI, Dependent Mother of FRANCESCO MARCHETTI, Respondent, for the Death of FRANCESCO MARCHETTI, v. W. S. BERNAGOZZI, Employer, and THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concur, except H. T. Kellogg and Van Kirk, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JAMES BROWN, Respondent, for Compensation under the Workmen's Compensation Law, v. WALTON WATER COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of J. LANSING GROESBECK, Respondent, for Compensation under the Workmen's Compensation Law, v. TRUSTEES OF UNION COLLEGE, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and matter remitted to the State Industrial Board, on the authority of *Clayton* v. *Foundation Co.* (193 App. Div. 822). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by BRIDGET MCNAMARA, Administratrix, etc., of JOHN J. MCNAMARA, Deceased, and by BRIDGET MCNAMARA, Widow of JOHN J. MCNAMARA, Deceased, Respondent, v. M. J. DEMPSEY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of J. KENNETH TAYLOR, Respondent, for Compensation under the Workmen's Compensation Law, v. NEWBURGH SHIPYARDS, INC., Employer, and MANUFACTURERS' LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of DAVID M. REID, Respondent, for Compensation under the Workmen's Compensation Law, v. SUMMIT FOUNDRY COMPANY, Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

FLORENCE R. NAUS, as Administratrix, etc., of GEORGE M. NAUS, Deceased, Appellant, v. THE BOARD OF MANAGERS OF THE BINGHAMTON CITY HOSPITAL, Respondent.— Order unanimously affirmed, with costs, on the ground that the discretion of the trial justice in setting aside the verdict was not abused, and without any expression of opinion by the court as to whether liability of the defendant might exist for the negligence of its superintendent or others acting in an administrative capacity.

CHARLES V. PLATT, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULES C. FORMEL, Appellant.— Judgment of conviction unanimously affirmed. Van Kirk, J., not sitting.